United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SANDFORD F. HOLMESLY, § | |
| § | |
| *Plaintiff*, § | |
| VS. § | CIVIL ACTION NO. 3:17-cv-00317 |
| § | |
| PROGRESSIVE CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| *Defendant*. § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order entered in this case,

**JUDGMENT IS ENTERED** for **DEFENDANT**.

Any pending motions are **DENIED** as moot.

The clerk will provide copies of this final judgment to the parties.

Signed on Galveston Island on this, the 3rd day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE